# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00082 |
| Jared L. Wise | ) Assigned To : Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date : 4/12/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so,

40 U.S.C. § 5104(e)(2)(D) - utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress,

40 U.S.C. § 5104(e)(2)(G) - parade, demonstrate, or picket in any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Jessica Stone*

*Complainant's signature*

Jessica L. Stone, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/12/2023

*Judge's signature*

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*