UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-mj-082 |
| | : | |
| **JARED L. WISE,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to codefendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion, and counsel for the defendant does not oppose this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar Number 481052

By:    */s/ Anthony W. Mariano*
           ANTHONY W. MARIANO
           MA Bar No. 688559
           Trial Attorney, Detailee
           Capitol Siege Section
           United States Attorney's Office
           for the District of Columbia
           601 D Street N.W.
           Washington, D.C. 20530
           (202) 476-0319
           Anthony.Mariano2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 23-mj-082 |
| : | |
| **JARED L. WISE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any codefendants who may later be joined.


Date: _____

U.S. MAGISTRATE JUDGE