NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                         Criminal Number   1:23-mj-00082-MAU

JARED L. WISE
           (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA             ☐ RETAINED         ☒ FEDERAL PUBLIC DEFENDER

/s/ *Kurt David Hermansen*
                                (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Kurt David Hermansen, CA 166349
*(Attorney & Bar ID Number)*

Federal Public Defenders of Oregon
*(Firm Name)*

859 Willamette Street, Suite 200
*(Street Address)*

Eugene, OR 97401
*(City)           (State)           (Zip)*

541-465-6937
*(Telephone Number)*