UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 23-CR-184-RDM |
| | : | |
| v. | : | |
| | : | |
| JARED L. WISE, | : | |
| | : | |
| Defendant. | : | |

### STATUS REPORT REGARDING
### PROPOSED PROTECTIVE ORDER

The United States of America hereby submits the following status report regarding the proposed protective order in this matter. Pursuant to this Court's Minute Order of July 3, 2023, the parties have communicated regarding the protective order. The parties jointly request that the Court's request for a status report regarding the proposed protective order be continued to July 21, 2023.

In support of the continuance, the United States notes that undersigned counsel has a trial before Judge Lamberth—*United States v. Alan Hostetter*, 21-cr-392-1 (RCL)—which commences July 6, 2023, and which may take as long as a week or longer to conclude. Prior to the filing of defense counsel's motion, the parties were in communication regarding discovery in this matter. In particular, on May 9, 2023, the United States provided counsel for the defendant with the standard protective order used in January 6, 2021 cases. While that was being considered, at the request of the defense, on June 22, 2023, the United States provided the defendant with a reverse proffer, at which time the United States showed relevant portions of U.S. Capitol CCTV footage and body-worn camera footage depicting the defendant. Defense counsel has indicated to the United States that it is currently working on a discovery request. The parties submit that the

additional time will allow for further discussions between the parties and will facilitate a more thorough filing regarding the proposed protective order on or before July 21, 2023.

                                            Respectfully submitted,

                                            MATTHEW GRAVES
                                            United States Attorney
                                            DC Bar No. 481052

By:    */s/ Anthony W. Mariano*
           Anthony W. Mariano, MA Bar No. 688559
           Trial Attorney, Detailee
           United States Attorney's Office
           for the District of Columbia
           601 D Street NW
           Washington, DC 20530
           (202) 476-0319
           Anthony.Mariano@usdoj.gov