# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 23-CR-184-RDM** |
| | : | |
| v. | : | |
| | : | |
| **JARED LANE WISE,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT REGARDING
## PROPOSED PROTECTIVE ORDER

The United States of America hereby submits the following status report regarding the proposed protective order in this matter. Pursuant to this Court's Minute Order of July 5, 2023, the parties have communicated regarding the protective order. Despite conferring regarding the proposed protective order, the parties are unable to reach agreement. The parties have agreed to a briefing schedule regarding the proposed protective order as follows: By July 21, 2023, the United States will file its motion for a protective order as an opposition to defendant's June 30, 2023 "Defense Opposition to Government's Proposed Protective Order," ECF No. 11. The defendant will file a reply, if any, by July 28, 2023.

In the absence of the proposed protective order, the United States notes that it has made efforts to provide discovery that would be designated as neither sensitive not highly sensitive under the proposed protective order. Specifically, on June 22, 2023, the United States provided the defendant with a reverse proffer, at which time the United States showed relevant portions of U.S. Capitol CCTV footage and body-worn camera footage depicting the defendant. On July 3, 2023, the United States received an initial discovery request from defense counsel. The United States provided preliminary discovery to the defendant on July 18, 2023.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(D), time shall be excluded from Speedy Trial Act calculations during the pendency of this motion. The Court has previously ordered the exclusion of time between June 6, 2023 and August 8, 2023. *See* Minute Entry of June 6, 2023.

                                              Respectfully submitted,

                                              MATTHEW GRAVES
                                              United States Attorney
                                              DC Bar No. 481052

By:    */s/ Anthony W. Mariano*
        Anthony W. Mariano, MA Bar No. 688559
        Trial Attorney, Detailee
        United States Attorney's Office
        for the District of Columbia
        601 D Street NW
        Washington, DC 20530
        (202) 476-0319
        Anthony.Mariano@usdoj.gov