Kurt David Hermansen, CA Bar # 166349
Supervisory Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
(541) 465-6937 Telephone
(541) 465-6975 Facsimile
Kurt_Hermansen@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | 1:23-cr-00184-RDM |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** |
| v. | |
| JARED LANE WISE, | |
| Defendant. | |

**Motion for Extension of Time**

Undersigned counsel for defendant Jared Lane Wise files this unopposed motion to extend the filing deadline for the status report from May 10, 2024 to May 17, 2024. United States Attorney Detailee, Anthony W. Mariano, attorney for Plaintiff, takes no position on the motion and defers to the Court.

## Declaration of Counsel

I, Kurt David Hermansen, am attorney of record in this case for Defendant Wise, and declare as follows:

1. This motion is made in good faith and not for the purposes of delay.

2. I am on leave and out of the state until May 13, 2024.

3. There is a need for the parties to confer prior to filing the status report to try and identify any outstanding discovery disputes as well as to make a good faith effort to resolve any such issues.

4. I have been in contact with United States Attorney Detailee Anthony W. Mariano, counsel for the Plaintiff in this matter, and he has authorized me to inform the Court that he takes no position on the motion for extension of time to file a status report and defers to the Court.

5. Based on the foregoing, I respectfully request that this Court extend the filing deadline as indicate in the above Motion for Extension of Time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted: May 8, 2024.

*s/ Kurt David Hermansen*
Kurt David Hermansen
Supervisory Assistant Federal Public Defender