UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO.: 23-CR-184-RDM |
| | : | |
| v. | : | |
| | : | |
| **JARED LANE WISE,** | : | |
| | : | |
| **Defendant.** | : | |

STATUS REPORT REGARDING
<u>PROPOSED PRETRIAL SCHEDULE</u>

The United States of America and Defendant Jared Lane Wise hereby submit the following joint status report.  Pursuant to this Court's instructions at the May 1, 2024, status conference, the parties have met and conferred regarding discovery and have communicated regarding a mutually agreeable pretrial schedule.

**The Trial Date.**  As an initial matter, the parties disagree as to the appropriate trial date in this matter.  At the May 1, 2024, status conference in this matter, the Court set September 5, 2024, for the start of trial.

<u>Defendant's Position</u>: Counsel and cocounsel for the defendant seek a jury trial that commences any day on or after September 16, 2024.  Cocounsel for the defense has recently entered her appearance and is unavailable until September 16, 2024.  Counsel for the defense contacted the Court's deputy, who indicated the Court may be available for trial on September 30, 2024.  The defense submits that date would be appropriate and that a trial commencing any day on or after September 16, 2024, would also be appropriate.  Counsel for the defense (Supervisory Assistant Federal Public Defender Kurt Hermansen) sought, and his office approved, adding cocounsel (AFPD Peyton Lee) given SAFPD's prepaid vacation plans in August and given his heavy caseload deadlines and

responsibilities. Without cocounsel's assistance SAFPD Hermansen could not effectively assist Mr. Wise and adequately prepare for trial. But with the addition of cocounsel and with any trial date on or after September 16, 2024, the defense should have sufficient time for all pretrial matters and to prepare for trial.

<u>United States's Position</u>: Counsel for the United States submits that the current trial date is appropriate and provides sufficient time for all pretrial matters to be handled and for the parties to prepare for trial. Counsel for the United States has several trial conflicts this fall, including specifically on September 30, 2024.[1] While it is always possible some of these cases may get continued or resolved through plea agreements, the United States cannot represent that any of these trials are likely to move at this point, and the United States must prepare for trial for each of these cases. Moreover, the United States expects that its September 30, 2024, trial conflict will not plead or be continued.

**Other Pretrial Deadlines.** With the exception of the trial date, the United States and the defendant have agreed to the amount of time in advance of trial for various pretrial deadlines. The proposed schedule the parties have attached here includes both a specific date for various deadlines as well as an articulation of the period of time before trial on which that date falls (for example, approximately 12 weeks before trial). The parties agree that, should the Court set a trial date other

---

[1] Counsel for the United States provides the following trial conflicts: August 5, 2024 (*United States v. Gina Bisignano*, 21-cr-36 (CJN)), September 30, 2024 (*United States v. James Allen Knowles*, 23-cr-275-1 (JMC)), October 7, 2024 (*United States v. Theo Hanson*, 23-cr-57 (RCL)); October 15, 2024 (*United States v. Dan Edwin Wilson, et al.*, 23-cr-427 (DLF)); and November 18, 2024 (*United States v. Joshua Kaleb Youngerman*, 23-cr-269 (TJK)). One of the defendants in *United States v. Dan Edwin Wilson, et al.*, 23-cr-427, has indicated a intention to plead guilty and the parties have reached an agreement on terms. However, the remaining defendant has not indicated such an intention, so the United States expects this trial date to hold.

than September 5, 2024, all other proposed dates in the pretrial schedule should be adjusted consistent with the length before trial language.

**Discovery Disputes.** The Court has also asked the defense to raise any outstanding discovery disputes for which the defense would request a hearing at this time. The parties continue to have discussions regarding discovery requests from the defense, and, accordingly, the parties have included a deadline of July 12, 2024, approximately 8 weeks before trial, for the defendant to file any motion to compel.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Anthony W. Mariano*
Anthony W. Mariano
MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's
Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov

/s/ *Taylor Fontan*
Taylor Fontan
IN Bar No. 35690-53
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 815-8597
Taylor.Fontan@usdoj.gov

***Counsel for the United States***

By: /s/ *Kurt David Hermansen*
Kurt David Hermansen
CA Bar No. 166349
Supervisory Assistant Federal Public Defender, District of Oregon
859 Willamette Street, Suite 200
Eugene, Oregon 97405
(541) 465-6937
Kurt_Hermansen@fd.org

/s/ *Peyton Lee*
Peyton Lee
OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123
Peyton_Lee@fd.org

***Counsel for Jared Lane Wise***