IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00184-RDM |
|---|---|
| Plaintiff, | |
| v. | Notice of Expert Evidence Pursuant to Fed. R. Crim. P. 12.2(b) |
| JARED LANE WISE, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 12.2(b), Defendant, Jared Wise, through counsel, Kurt David Hermansen, gives notice of his intent to present expert testimony and evidence relating to a mental condition bearing on the issue of guilt.

Respectfully submitted on June 13, 2024.

*s/ Kurt Hermansen*
Kurt David Hermansen, CA Bar No.166349
Supervisory Assistant Federal Public Defender
859 Willamette St. Suite 200
Eugene, OR  97401
Tel: (619) 436-8117
Fax: (541) 465-6975
Email: kurt_hermansen@fd.org

**Attorney for Defendant Jared Lane Wise**