**In the United States District Court
for the District of Columbia**

| | |
|---|---|
| **United States of America**, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | |
| v. | Proposed Jury Questionnaire in Support of ECF 41 |
| **Jared Lane Wise**, | |
| Defendant. | |

    The Sixth Amendment guarantees "the accused" the right to a trial "by an impartial jury." U.S. Const. Amend VI. A trial court protects the defendant's Sixth Amendment right by ensuring that jurors have no bias or prejudice that would prevent them from returning a verdict according to the law and evidence. *United States v. Tsarnaev*, 595 U.S. 302, 312 (2022).

    A trial court's broad discretion concerning jury selection procedures includes deciding what questions to ask prospective jurors. *Id.* at 313 (stressing the wide discretion granted to trial courts in conducting voir dire concerning pretrial publicity). In cases like this, with pretrial publicity, jury questionnaires play an important role. *Id.* at 314. In *Tsarnaev*, "[t]he questionnaire asked prospective jurors what media sources they followed, how much they consumed, whether they had ever commented on the bombings in letters, calls, or online posts, and, most pointedly, whether any of that information had caused the prospective juror to form an opinion about Dzhokhar's guilt or punishment. The court then subjected those 256 prospective jurors to three weeks of individualized voir dire in which the court and both parties had the opportunity to ask additional questions and probe for bias." *Id.*

Because Mr. Wise has been featured in media coverage given his 10 years of FBI service, a jury questionnaire is appropriate here to ensure Mr. Wise and the government have a jury composed of unbiased jurors.

Respectfully submitted on July 2, 2024.

/s/ Peyton Lee
Peyton Lee, OSB #164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: peyton_lee@fd.org

**Attorney for Defendant Jared Lane Wise**

# **SUPPLEMENTAL JUROR QUESTIONNAIRE**

You have been summoned to serve as a potential juror in the United States District Court for the District of Columbia. In an effort to select fair and impartial jurors, your cooperation is needed in answering the following questions. The information that you provide will be used by the judge and lawyers during jury selection. Be sure to sign and date the questionnaire, and then return it to the court in the enclosed envelope within five (5) days.

This questionnaire is only provided to those who are actually involved in the trial. Those persons shall not disclose the information you provide, nor may they provide the information to anyone not involved as an attorney or authorized representative.

Please respond to each question as fully and honestly as possible. Because the question-naire is part of the jury selection process, the questions are to be answered under your oath as a prospective juror to tell the truth. If you require additional space for any response(s), please do so on a separate sheet of paper.

### GENERAL CONSIDERATIONS

1. How do you feel about being required to spend long periods of time in a room with people who may not be vaccinated against COVID-19, and who may or may not be required to wear a face mask?

2. How long have you lived in the D.C. metro area?

3. Have you, a family member, or a close friend ever worked in any capacity at the United States Capitol Building or grounds?  ☐YES  ☐NO

   If yes, please note the approximate dates of service and job title(s).

4. Do you, or anyone close to you, have any training or experience (education, work, volunteer) in the following areas? If yes, say their relationship to you and their position.

   Lawyer/legal services

   Law enforcement/private security

   Probation officers or corrections officers

5. Please list any political groups with which you have been involved during the last 4 years. Additionally, please briefly describe your role in the organization.

6. Have you attended a protest, rally, or demonstration?  ☐YES  ☐NO If yes, for what cause or reason?

   Did you have any interactions with law enforcement? ☐YES  ☐NO If yes, please describe.

7. Since 2020, have you ever displayed a sticker on your vehicle or a sign or flag on your property to convey a message? ☐YES  ☐NO If yes, please describe the words and/or images on it and the intended message.

### MEDIA USAGE

8. What are your main sources of news and commentary? Please be specific.

    How often do you check these sources?

9. What forms of social media do you use? Please be specific.

    How often do you check these sources?

10. Outside of news sources, what web sites do you visit most often for new and reliable information? Please be specific.

11. What news magazines and news periodicals do you read?

### EVENTS AT THE UNITED STATES CAPITOL ON JANUARY 6, 2021

12. Circle the number that corresponds to how much you think you know about the January 6, 2021, events at the Capitol (from any source).

| 1       | 2 | 3      | 4 | 5    | 6 | 7     | 8 | 9          | 10 |
|---------|---|--------|---|------|---|-------|---|------------|----|
| Nothing |   | Little |   | Some |   | a lot |   | Everything |    |

13. What, if anything, do you know about the January 6, 2021, events at the Capitol?

14. What, if anything, do you know about the House Select Committee to Investigate the January 6th Attack on the United States Capitol, also known as the January 6th Committee?

15. Please circle the number that corresponds to how much of the House Committee you watched.

| 1       | 2 | 3      | 4 | 5    | 6 | 7     | 8 | 9          | 10 |
|---------|---|--------|---|------|---|-------|---|------------|----|
| Nothing |   | Little |   | Some |   | a lot |   | Everything |    |

16. What are the sources for your information about the January 6, 2021, events at the Capitol?

17. Do you have strong feelings — either positive or negative — about the individuals at the U.S. Capitol on January 6, 2021, in support of then-President Trump, that would prevent you from being a fair and impartial juror in a case involving one such individual?

18. What are your general impressions of the people at the Capitol on January 6, 2021, in support of then-President Trump?

    Do you believe that all of them shared similar intentions?   ☐YES  ☐NO

19. Do you believe that all people present at the Capitol on January 6, 2021, in support of then-President Trump should have been charged with criminal offenses?   ☐YES  ☐NO

20. What is your general impression of those charged with offenses stemming from or relating to the January 6, 2021, events at the Capitol?

21. Would you use any of the following words to describe the actions of people who entered the Capitol at the January 6, 2021, protest? Please check all that apply.

|  | Would describe them this way | Would not describe them this way | Don't know, or it depends |
|---|---|---|---|
| Defending Freedom |  |  |  |
| Insurrection |  |  |  |
| Patriotism |  |  |  |
| Protest that went too far |  |  |  |
| Trying to overthrow the US government |  |  |  |
| Trying to overturn the election and keep Donald Trump in power |  |  |  |
| Invited to the Capitol by then-President Trump |  |  |  |
| Misled by then-President Trump |  |  |  |

22. Do you have positive or negative impressions of the Metropolitan Police Department, the U.S. Capitol Police, or the FBI that would make it difficult for you to be an impartial juror in a case involving testimony from those officers? ☐ YES   ☐ NO

   If yes, please describe your impression, and where you get that impression from.

23. Have you, or someone close to you, ever had a strong interaction, either positive or negative, with law enforcement that would make it difficult for you to be fair and impartial in a criminal case? ☐ YES ☐ NO

    If yes, please describe the interaction.

24. Do you have any impressions or feelings, positive or negative, about how the Department of Justice has been handling the cases arising from the January 6 protest that would make it hard for you to be an impartial juror? ☐ YES ☐ NO

    If yes, please describe your impression, and where you get that impression from.

25. Do you have any impressions or feelings, positive or negative, towards lawyers defending the people charged with crimes arising from the January 6, 2021, events at the Capitol that would make it hard for you to be an impartial juror? ☐ YES ☐ NO

    If yes, please describe your impression, and where you get that impression from.

26. Were you, your family, or close friends affected by the January 6, 2021, events at the Capitol, and the responses to it? ☐YES ☐NO

    If yes, please describe the effects here.

27. Have you ever watched any video of the January 6, 2021, events at the Capitol?  ☐YES ☐NO

    If yes, what impressions did you have after watching the video?

28. Have you ever talked about the January 6, 2021, events at the Capitol with your family, friends, or co-workers; discussed it online (for example, on social media); expressed an opinion about it publicly (such as by calling into a radio show, writing a letter to the editor, or commenting on social media)?  ☐YES  ☐NO

    If yes, what opinion did you express, and why do you have that opinion?

29. Have you read any news, heard news, or watched any news about the congressional committee investigating the January 6, 2021, events at the Capitol?  ☐YES  ☐NO

    If yes, how much have you read, heard, or seen about this committee, and what are your impressions of the committee?

30. Have you read any news, heard news, or watched any news about any civil suits related to the January 6, 2021, events at the Capitol? ☐YES ☐NO

    If yes, how much have you read, heard, or seen about such suits, and what are your impressions about it?

31. Do you believe that individuals involved with the January 6, 2021, incident at the Capitol have been treated differently than individuals involved with other events, such as Black Lives Matter protests in 2020? YES ☐NO

    Why, or why not?

### THE JUSTICE SYSTEM

32. Have you, or anyone close to you, ever been arrested or charged with a criminal offense? ☐YES ☐NO.

    If yes, please describe.

    If you answered yes to the above question, did you feel that you (or the person close to you) were treated fairly? Please answer for each experience.

    How do you believe the experience(s) that you noted would affect your service as a juror?

33. Have you, or anyone close to you, ever been the victim of a crime?   ☐YES  ☐NO

    If yes, please describe.


    Did you feel that you (or the person(s) close to you) were treated fairly in the experience(s) that you noted? Please answer for each experience. How do you believe the experience(s) that you noted would affect your service as a member of a jury?

34. Have you ever served on a jury?  ☐YES  ☐NO.

    If yes, please provide details about the case, including:

    —whether it was civil or criminal

    —what the subject matter was

    —whether the jury reached verdict

    —whether you were the foreperson.

35. Does anything about your past jury service (if any) give you concerns about your ability to follow the law as the Judge instructs you to do in this case? If so, please describe your concerns.

36. The United States Constitution guarantees that a criminal defendant does not need to testify or even present any evidence at his or her trial. The Judge will instruct anyone serving on a jury in this case that a juror may not draw any negative inference from the silence of a defendant, that is, that a juror may not assume from a defendant's silence that he or she is guilty or has anything to hide. Do you have any concerns about your ability to follow that instruction? If so, please explain why or why not.

37. Do you have any concerns or hesitations about following the law as the Judge instructs you to do, despite whatever impressions you bring to the case? If so, please describe your concerns.