UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 23-CR-184-RDM** |
| | : | |
| v. | : | |
| | : | |
| **JARED L. WISE,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

    The United States of America, through its undersigned attorneys, hereby submits the following unopposed request to reschedule the status conference scheduled for Wednesday, July 10 at 10:30 AM EST to July 11, 2024 at 11:00 AM EST. In support of the motion, the Government states as follows:

    1.    The Defendant was charged, by criminal complaint on April 12, 2023, with four misdemeanor offenses, ECF No. 1, and was arrested on May 1, 2023, ECF No. 5. On May 31, 2023, a grand jury returned an Indictment charging the defendant with the following six offenses: 1) Civil Disorder and Aiding and Abetting, in violation of 18 U.S.C. §§ 231(a)(3), 2; 2) Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting, in violation of 18 U.S.C. §§ 111(a)(1), 2; 3) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); 4) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); 5) Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and 6) Parading, Demonstrating, and Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). *See* ECF No. 9.

    2.    On July 3, 2024, the Court scheduled a status conference for July 10, 2024 to discuss the Defendant's pending motion to continue trial and compel discovery. *See* Minute Entry on July 3, 2024. The Government has a previously scheduled conflict on July 3, 2024.

3.      The parties met and conferred and determined that the parties and the Court are available on July 11, 2024 at 11:00 AM EST. Pursuant to the Court's instructions, the parties now request to reschedule the status conference to July 11, 2024 at 11:00 AM EST via Zoom.

For the forgoing reasons, the Government respectfully asks the Court to reschedule the status conference to July 11, 2024 at 11:00 AM EST via Zoom.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Jason Manning*
Jason M. Manning
NY Bar No. 4578068
Trial Attorney, Detailee
601 D Street NW
Washington, D.C. 20530
Phone: (202) 436-5364
Email: Jason.Manning@usdoj.gov

*/s/ Taylor L. Fontan*
Taylor L. Fontan
IN Bar No. 35690-53
Trial Attorney
601 D Street NW
Washington, D.C. 20530
Phone: (202) 815-8597
Email: Taylor.Fontan@usdoj.gov