# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 23-CR-184-RDM** |
| | : | |
| v. | : | **STATUS REPORT AND REQUEST** |
| | : | **REGARDING** |
| **JARED LANE WISE,** | : | **PROPOSED PRETRIAL SCHEDULE** |
| | : | |
| **Defendant.** | : | |

The United States of America and Defendant Jared Lane Wise hereby submit the following joint status report and proposed Second Revised Pretrial Scheduling Order. Given the continuance of the trial date to November 1, 2024, the parties jointly recommend the attached proposed pretrial order with updated deadlines to reflect the November 1 trial date. The parties note the following points with respect to the proposed pretrial order:

- The proposed order provides the defendant with additional time to disclose an expert report with respect to one of the defendant's three proposed expert witnesses, and establishes a deadline by which the Government must make any objections related to that proposed expert witness.

- The proposed pretrial conference date is left blank so that a pretrial conference can be scheduled based on the availability of the Court.

- The Jencks and Grand Jury Disclosures deadline is also left blank to reflect the parties' disagreement. It is the Government's position that the Jencks and Grand Jury Disclosures deadline remain two weeks before trial, October 18, 2024, and it is the Defense's position that the Jencks and Grand Jury Disclosures deadline be three weeks before trial, October 11, 2024.

- The Government also hereby requests that the Court establish, as set forth in paragraph 8 of the proposed scheduling order, that any material produced by the Government pursuant to its obligations under *Giglio* or the Jencks Act be governed by the protective order entered in this case. ECF No. 17.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Jason Manning*
    Jason M. Manning
    NY Bar No. 4574068
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 436-5364
    jason.manning@usdoj.gov

By: */s/ Kurt David Hermansen*
    Kurt David Hermansen
    CA Bar No. 166349
    Supervisory Assistant Federal Public Defender, District of Oregon
    859 Willamette Street, Suite 200
    Eugene, Oregon 97405
    (541) 465-6937
    Kurt_Hermansen@fd.org

*/s/ Taylor Fontan*
    Taylor Fontan
    IN Bar No. 35690-53
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, DC 20530
    (202) 815-8597
    Taylor.Fontan@usdoj.gov

*/s/ Peyton Lee*
    Peyton Lee
    OSB No. 164224
    Assistant Federal Public Defender
    101 SW Main Street, Suite 1700
    Portland, OR 97204
    (503) 326-2123
    Peyton_Lee@fd.org

***Counsel for the United States***    ***Counsel for Jared Lane Wise***