UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00184 (RDM) |
| | : | |
| JARED LANE WISE, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Trial Attorney Sarah W. Rocha, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States, in addition to Assistant United States Attorney Taylor L. Fontan.

Trial Attorney Jason Manning and Assistant United States Attorney Anthony Mariano no longer represent the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY: /s/ Sarah W. Rocha
Sarah W. Rocha
Trial Attorney / Detailee
D.C. Bar No. 977497
601 D Street, N.W.
Washington, D.C. 20579
Telephone: 202-330-1735
*sarah.wilsonrocha@usdoj.gov*