# Exhibit 1

IN FORMA PAUPERIS

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jared Lane Wise ) | Case No.   1:23-cr-00184-RDM |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Office of the Chief Counsel
      Federal Bureau of Investigation
      United States Department of Justice

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>333 Constitution Ave. N.W.<br>Washington D.C., 20001 | Courtroom No.: | Judge R.D. Moss |
|---|---|---|---|
| | | Date and Time: | 09/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Jared Lane Wise's FBI records, including but not limited to his use-of-force training, his 2004 academy training by the Anti-Defamation League, his performance reviews while employed by the FBI, and his review of his supervisor, Charles Berger.

There is no need to appear in court if the above documents are provided before October 9th at 9:00am.

*(SEAL)*

Date:   09/09/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Jared Lane Wise
_____ , who requests this subpoena, are:

Kurt Hermansen -  Kurt_Hermansen@fd.org - (619) 436-8117 - 859 Willamette Street, Suite 200 Eugene, OR  97401