UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00184 RDM |
| | : | |
| **JARED LANE WISE,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBITS

The government submitted the following exhibits to the Court's USAfx account and provided the Defendant with the following exhibits via USAFx:

| Exhibit A | Washington Monument |
|---|---|
| Exhibit B | West Plaza ~2pm |
| Exhibit C | USCD_LA_Dome_West_-_2021-01-06_18h53min56s |
| Exhibit D | USCG_00_Upper_Terrace_West_-_2021-01-06_19h19min32s |
| Exhibit E | USCS01SenateWingDoornearS139_2021-01-06_14h20min18s087ms |
| Exhibit F | USCH_01_Memorial_Door_-_2021-01-06_19h16min15s |
| Exhibit G | USCS01SenateWingDoornearS139_2021-01-06_14h29min14s837ms |
| Exhibit H | R.N.BWC 22-26 |
| Exhibit I | Jan 6 archive - 4alZDKK_pjU |
| Exhibit J | T.A. BWC 1-5 |
| Exhibit K | Assault Video 3 & after dream floral - YouTube |
| Exhibit L | S.L. BWC 2.01 - 2.05 |
| Exhibit M | USCG_00_Upper_Terrace_West_-_2021-01-06_21h18min40s |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Sarah Rocha*
Sarah Rocha
Trial Attorney / Detailee
D.C. Bar No. 977497
601 D Street, NW
Washington, DC 20579
Tel. No.:  202-330-1735
Email: sarah.wilsonrocha@usdoj.gov

*/s/ Taylor Fontan*
Taylor Fontan
Assistant United States Attorney
Indiana Bar No. 35690-53
601 D St. N.W, Washington, D.C. 20530
Tel. No.: (202) 815-8597
Email: taylor.fontan@usdoj.gov