**In the United States District Court
for the District of Columbia**

| | |
|---|---|
| **United States of America**, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | |
| v. | Defense Voir Dire Questions |
| **Jared Lane Wise**, | |
| Defendant. | |

Defense has no objection to the Government's brief statement of the case, except to request that the defendant be referred to as "Mr." Wise, and to excise the term "separate" in the first sentence which describes that he is charged with violating six federal criminal laws.

Jared Wise, by and through counsel, respectfully proposes the following voir dire questions:

**GENERAL CONSIDERATIONS**

1. How do you feel about being required to spend long periods of time in a room with people who may not be vaccinated against COVID-19, and who may or may not be required to wear a face mask?

2. How long have you lived in the D.C. metro area?

    Have you, a family member, or a close friend ever worked in any capacity at the United States Capitol Building or grounds? What are the approximate dates of service and job title(s)?

3. Do you, or anyone close to you, have any training or experience (education, work, volunteer) in the following areas? If yes, say their relationship to you and their position.
    Lawyer/legal services
    Law enforcement/private security
    Probation officers or corrections officers

Page 1 - Defense Proposed Voir Dire Questions

4. Please list any political groups with which you have been involved during the last 4 years. Additionally, please briefly describe your role in the organization.

5. Have you attended a protest, rally, or demonstration?  If yes, for what cause or reason?

6. Did you have any interactions with law enforcement? If yes, please describe.

7. Since 2020, have you ever displayed a sticker on your vehicle or a sign or flag on your property to convey a message? If yes, please describe the words and/or images on it and the intended message.

### MEDIA USAGE

8. What are your main sources of news and commentary? Please be specific. How often do you check these sources?

9. What forms of social media do you use? Please be specific. How often do you check these sources?

10. Outside of news sources, what web sites do you visit most often for new and reliable information? Please be specific.

11. What news magazines and news periodicals do you read?

### EVENTS AT THE UNITED STATES CAPITOL ON JANUARY 6, 2021

12. By a show of hands, how much do you think you know about the January 6, 2021, events at the Capitol: Nothing, Little, Some, a lot, everything.

13. What, if anything, do you know about the January 6, 2021, events at the Capitol?

14. What, if anything, do you know about the House Select Committee to Investigate the January 6th Attack on the United States Capitol, also known as the January 6th Committee?

15. By a show of hands, how much of the House Committee Investigation did you watch: Nothing, Little, Some, a lot, everything.

16. What are the sources for your information about the January 6, 2021, events at the Capitol?

17. Do you have strong feelings — either positive or negative — about the individuals at the U.S. Capitol on January 6, 2021, in support of then-President Trump, that would prevent you from being a fair and impartial juror in a case involving one such individual?

18. What are your general impressions of the people at the Capitol on January 6, 2021, in support of then-President Trump? Do you believe that all of them shared similar intentions?

19. Do you believe that all people present at the Capitol on January 6, 2021, in support of then-President Trump should have been charged with criminal offenses?

20. What is your general impression of those charged with offenses stemming from or relating to the January 6, 2021, events at the Capitol?

21. Would you use any of the following words to describe the actions of people who entered the Capitol at the January 6, 2021, protest? For each option, I will ask for a show of hands, you "would describe them this way," "would not describe them this way," or "don't know, or it depends":
    - Defending Freedom
    - Insurrection
    - Patriotism
    - Protest that went too far
    - Trying to overthrow the US Government
    - Trying to overturn the election and keep Donald Trump in power
    - Invited to the Capitol by then-President Trump
    - Misled by then-President Trump

22. Do you have positive or negative impressions of the Metropolitan Police Department, the U.S. Capitol Police, or the FBI that would make it difficult for you to be an impartial juror in a case involving testimony from those officers or someone previously employed by those agencies?
    If yes, please describe your impression, and where you get that impression from.

23. Have you, or someone close to you, ever had a strong interaction, either positive or negative, with law enforcement that would make it difficult for you to be fair and impartial in a criminal case? If yes, please describe the interaction.

24. Do you have any impressions or feelings, positive or negative, about how the Department of Justice has been handling the cases arising from the January 6 protest that would make it hard for you to be an impartial juror? If yes, please describe your impression, and where you get that impression from.

25. Do you have any impressions or feelings, positive or negative, towards lawyers defending the people charged with crimes arising from the January 6, 2021, events at the Capitol that would make it hard for you to be an impartial juror? If yes, please describe your impression, and where you get that impression from.

26. Were you, your family, or close friends affected by the January 6, 2021, events at the Capitol, and the responses to it? If yes, please describe the effects here.

27. Have you ever watched any video of the January 6, 2021, events at the Capitol? If yes, what impressions did you have after watching the video?

28. Have you ever talked about the January 6, 2021, events at the Capitol with your family, friends, or co-workers; discussed it online (for example, on social media); expressed an opinion about it publicly (such as by calling into a radio show, writing a letter to the editor, or commenting on social media)?If yes, what opinion did you express, and why do you have that opinion?

29. Have you read any news, heard news, or watched any news about the congressional committee investigating the January 6, 2021, events at the Capitol? If yes, how much have you read, heard, or seen about this committee, and what are your impressions of the committee?

30. Have you read any news, heard news, or watched any news about any civil suits related to the January 6, 2021, events at the Capitol? If yes, how much have you read, heard, or seen about such suits, and what are your impressions about it?

31. Do you believe that individuals involved with the January 6, 2021, incident at the Capitol have been treated differently than individuals involved with other events, such as Black Lives Matter protests in 2020? Why, or why not?

**THE JUSTICE SYSTEM**

32. Have you, or anyone close to you, ever been arrested or charged with a criminal offense? If yes, please describe. If you answered yes to the above question, did you feel that you (or the person close to you) were treated fairly? Please answer for each experience. How do you believe the experience(s) that you noted would affect your service as a juror?

33. Have you, or anyone close to you, ever been the victim of a crime? If yes, please describe. Did you feel that you (or the person(s) close to you) were treated fairly in the experience(s) that you noted? Please answer for each experience. How do you believe the experience(s) that you noted would affect your service as a member of a jury?

34. Have you ever served on a jury?
    If yes, please provide details about the case, including:
    —whether it was civil or criminal
    —what the subject matter was
    —whether the jury reached verdict
    —whether you were the foreperson.

35. Does anything about your past jury service (if any) give you concerns about your ability to follow the law as the Judge instructs you to do in this case? If so, please describe your concerns.

Page 4 - Defense Proposed Voir Dire Questions

36. The United States Constitution guarantees that a criminal defendant does not need to testify or even present any evidence at his or her trial. The Judge will instruct anyone serving on a jury in this case that a juror may not draw any negative inference from the silence of a defendant, that is, that a juror may not assume from a defendant's silence that he or she is guilty or has anything to hide. Do you have any concerns about your ability to follow that instruction? If so, please explain why or why not.

37. Do you have any concerns or hesitations about following the law as the Judge instructs you to do, despite whatever impressions you bring to the case? If so, please describe your concerns.

Respectfully submitted on October 1, 2024.

*s/ Peyton Lee*
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel (503) 326-2123
peyton_lee@fd.org

*s/ Kurt Hermansen*
Kurt David Hermansen, CA Bar No. 166349
Supervisory Assistant Federal Public Defender
859 Willamette St. Suite 200
Eugene, OR  97401
Tel: (619) 436-8117
Fax: (541) 465-6975
Email: kurt_hermansen@fd.org

Attorneys for Defendant Jared Lane Wise
