UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Crim. No. 23-CR-184 (RDM) |
| JARED LANE WISE, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Jared Lane Wise, by and through his attorneys, Assistant Federal Public Defender Peyton Lee, and Supervisor Assistant Federal Public Defender Kurt Hermansen, now submit this joint status report regarding the defendant's subpoena to the FBI dated September 9, 2024.

1. As directed by the Court at the hearing on October 7, 2024, the parties have met and conferred regarding the subpoena. As the Court is aware, the subpoena seeks "Jared Lane Wise's FBI records, including but not limited to his use-of-force training, his 2004 academy training by the Anti-Defamation League, his performance reviews while employed by the FBI, and his review of his supervisor, Charles Berger."

2. The parties conferred by phone on October 9, 2024, and defendant provided additional information regarding two of the requested categories in emails on October 9, 2024, and October 10, 2024.

3. Specifically, defendant has provided the government with detailed information about the defendant's requested training records, including use-of-force training, and the review of his supervisor, Charles Berger.

2

4. In response to the request for training materials, responsive documents are in the process of being gathered from the FBI's Training Division as these documents are not contained within the defendant's personnel file. The government notes that before these materials can be produced, they must be reviewed for redaction of law enforcement sensitive and classified information. The government expects to have an update on the timing of the production of these materials shortly.

5. The government has conferred again with the FBI about the request for the defendant's review of his supervisor. Based on the description of the review from defense counsel, the government's understanding is that the review process defendant appears to be describing was anonymous. The defendant's personnel file does not have any responsive materials. Therefore, the government considers this request complete.

6. As the government has previously explained, it has searched for and produced materials to satisfy the other two specific requests.

   i. The "2004 academy training by the Anti-Defamation League" was a partnership between the Anti-Defamation League and the U.S. Holocaust Memorial Museum in Washington, D.C., and the government has previously produced information regarding this program.

   ii. The government has previously produced all available Performance Appraisal Reports concerning Wise obtained from the FBI's Performance Appraisal Unit.

7. The government has also conferred with the FBI regarding the contents of the defendant's personnel records and the contents of the materials gathered in response to defendant's prior FOIA request (FOIPA Request No: 1594217-000).

   i. Although the government objects to the relevance and admissibility of these materials, the government has reviewed them for responsiveness to the subpoena.

    ii.    The materials gathered in response to the FOIA request did not include any training materials.

    iii.    The government notes that most of the items gathered in response to the FOIA request do not appear to be responsive to the subpoena. Instead, they mention the defendant in connection with cases in which he participated as an FBI employee. Consistent with the discussion at the October 7, 2024, hearing and the request for the defendant's personnel file, the government does not expect to produce those items.

    iv.    The remaining items gathered in response to the FOIA request includes materials in the defendant's personnel file, such as documents relating to his background investigation and foreign travel briefs. These materials are being reviewed for redaction of law enforcement sensitive and classified information. The government expects to have an update on the timing of the production of these materials shortly.

8.    The defense continues to request a declaration or certificate of custodian of records regarding the absence of any additional responsive records. The government objects to that request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Sarah Rocha*_____
Sarah Rocha
Trial Attorney / Detailee
D.C. Bar No. 977497
601 D Street, NW
Washington, DC 20579
Tel. No.: 202-330-1735
Email: sarah.wilsonrocha@usdoj.gov

*/s/ Taylor Fontan*_____
Taylor Fontan
Assistant United States Attorney
Indiana Bar No. 35690-53
601 D St. N.W, Washington, D.C. 20530
Tel. No.: (202) 815-8597
Email: taylor.fontan@usdoj.gov

2

By: *s/ Kurt David Hermansen*
Kurt David Hermansen
CA Bar No. 166349
Supervisory Assistant Federal Public Defender
District of Oregon
859 Willamette Street, Suite 200
Eugene, Oregon 97405
(541) 465-6937
Kurt_Hermansen@fd.org

*s/ Peyton Lee*
Peyton Lee
OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123
Peyton_Lee@fd.org

**Counsel for Defendant Jared Lane Wise**