## Organization Representative Information

| | |
|---:|:---|
| Organization Name | Federal Public Defenders Office |
| Prefix | |
| First Name | Ben |
| Middle Name | |
| Last Name | Grade |
| Suffix | |
| Email | ███████@fd.org |
| Phone | 503 ███████ |
| Location | United States |

## Domestic Address

| | |
|---:|:---|
| Address Line 1 | ███████████ |
| Address Line 2 | |
| City | Portland |
| State | Oregon |



DEFENDANT'S
EXHIBIT
A
1:23-cr-00184-RDM

| Postal | 97204 |
|---|---|

## Agreement to Pay

| How you will pay | I am willing to pay additional fees and will enter the maximum amount I am willing to pay in the box below. |
|---|---|
| Allow up to $ | 500 |

## Non-Individual FOIA Request

| Request Information | Our office is currently representing former FBI Agent Jared Lane Wise. I would like to request a complete copy of his personnel file including all performance reviews, all background checks - the initial background check, as well as every one after that, his training records, including fly team training records, high threat country training records, personality tests records and disciplinary records. I have included a release, or certificate of identity signed by Mr. Wise authorizing the release of these records to our office. |
|---|---|

## Expedite

| Expedite Reason | We are representing Jared Wise in a legal matter and we have time sensitive due dates related to court proceedings. |
|---|---|

Ex. A page 2 of 2



**RECEIVED**

JUN 1 3 2023

Federal Public Defender
Eugene

U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

June 7, 2023

MR. BEN GRADE
FEDERAL PUBLIC DEFENDERS OFFICE OF OREGON

EUGENE, OR 97401

FOIPA Request No.: 1594217-000
Subject: WISE, JARED LANE
(Personnel File)

Dear Mr. Grade:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

- ☑ Your request has been received at FBI Headquarters for processing.

- ☑ You submitted your request via the FBI's eFOIPA system.

    - ☐ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

    - ☑ Correspondence for requests regarding living individuals, or containing audio, video, and high resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

- ☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

- ☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

- ☐ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

- ☑ For the purpose of assessing any fees, we have determined:

    - ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    - ☐ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    - ☑ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

**DEFENDANT'S EXHIBIT B**
1:23-cr-00184-RDM

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Joseph E. Bender Jr.*

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

Ex. B page 2 of 3

U.S. Department of Justice
Federal Bureau of Investigation

*200 Constitution Drive*
*Winchester, VA 22602-4693*

Official Business
Penalty for Private Use $300

NOVA 220

7 JUN 23  PM 04



97401-291150

**Ex. B page 3 of 3**



**RECEIVED**

JUN 1 3 2023

Federal Public Defender
Eugene

U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

June 7, 2023

MR. BEN GRADE
FEDERAL PUBLIC DEFENDERS OFFICE OF OREGON
▮▮▮▮▮▮▮▮▮▮▮▮▮
EUGENE, OR 97401

FOIPA Request No.: 1594217-000
Subject: WISE, JARED LANE
(Personnel File)

Dear Mr. Grade:

    Please be advised that "unusual circumstances" apply to the processing of your request. See 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

    There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

    There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

    There is a need for consultation with another agency or two or more DOJ components.

    These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays). Additionally, the payment of pertinent fees may apply to your request. See 5 U.S.C. § 552 (a)(4)(A)(viii).

    The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request. See 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

    You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

    Please advise in writing if you would like to discuss reducing the scope of your request. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602**. You may also email your response to: foipaquestions@fbi.gov.

    Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.



DEFENDANT'S EXHIBIT C
1:23-cr-00184-RDM

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov.  The subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.  You may also contact the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Joseph E. Bender Jr.*

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

**Ex. C page 2 of 3**

**U.S. Department of Justice**
Federal Bureau of Investigation
*200 Constitution Drive*
*Winchester, VA 22602-4693*

Official Business
Penalty for Private Use $300

NOVA 220

7 JUN 23   PM 04



U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
02 1P         $ 000.60⁰
0006898313   JUN 07 2023
MAILED FROM ZIP CODE 22602



97401-291150

Ex. C page 3 of 3



**RECEIVED**
JUN 1 3 2023
Federal Public Defender
Eugene

U.S. Department of Justice

**Federal Bureau of Investigation**
Washington, D.C. 20535

June 7, 2023

MR. BEN GRADE
FEDERAL PUBLIC DEFENDERS OFFICE OF OREGON
EUGENE, OR 97401

FOIPA Request No.: 1594217-000
Subject: WISE, JARED LANE
(Personnel File)

Dear Mr. Grade:

This is in reference to your letter to the FBI, in which you requested expedited processing for the above-referenced Freedom of Information/Privacy Acts (FOIPA) request. Under Department of Justice (DOJ) standards for expedited processing, it can only be granted in the following situations:

**28 C.F.R. §16.5 (e)(1)(i):** "Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual."

**28 C.F.R. §16.5 (e)(1)(ii):** "An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."

**28 C.F.R. §16.5 (e)(1)(iii):** "The loss of substantial due process of rights."

**28 C.F.R. §16.5 (e)(1)(iv):** "A matter of widespread and exceptional media interest in which there exists possible questions about the government's integrity which affects public confidence."

You have not provided enough information concerning the statutory requirements permitting expedition; therefore, your request is denied.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.



DEFENDANT'S EXHIBIT D
1:23-cr-00184-RDM

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Joseph E. Bender Jr.*

Joseph E. Bender, Jr.
Acting Section Chief
Record/Information Dissemination Section
Information Management Division

**Ex. D page 2 of 3**

**U.S. Department of Justice**
Federal Bureau of Investigation

*200 Constitution Drive*
*Winchester, VA 22602-4693*

Official Business
Penalty for Private Use $300

NOVA 220

7 JUN 23   PM 04



97401-291150



**Ex. D page 3 of 3**

| | |
|---|---|
| From: | Ben Grade |
| To: | FBI.FOIPA.NEGOTIATION@FBI.GOV |
| Subject: | RE: FOIPA # 1594217-000 |
| Date: | Monday, September 11, 2023 9:17:00 AM |

Hi thanks for your email. I would like to withdraw this request. Thank you

From: FBI.FOIPA.NEGOTIATION@FBI.GOV <FBI.FOIPA.NEGOTIATION@FBI.GOV>
Sent: Monday, September 11, 2023 4:44 AM
To: Ben Grade <███████@fd.org>
Subject: RE: FOIPA # 1594217-000

Good Morning Mr. Grade,

We're following up with the email sent out on September 7, 2023 to you with regards to your FOIPA request 1594217-000. The email dated September 7, 2023 goes into more detail for our contact with you.

Please let us know if you would like to move forward with reducing the scope of your request.

Sincerely,

Negotiation Team
Federal Bureau of Investigation
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.



From: FBI.FOIPA.NEGOTIATION
Sent: Thursday, September 7, 2023 9:40 AM
To: ███████@fd.org
Subject: FOIPA # 1594217-000

Good Morning Mr. Grade,



DEFENDANT'S
EXHIBIT
E
1:23-cr-00184-RDM

We're contacting you in reference to the FOIPA request number included in the subject line of this email. The FBI located approximately 1,085 pages potentially responsive to your request. In your request letter, you agreed to pay up to $500.00 for processing.

Requests are processed in the order in which they are received through our multi-track processing system:

> Small track requests (0-50 pages) current average time is approximately 4 months to complete;
> Medium track requests (51-500 pages) current average time is approximately 41 months to complete;
> Large track requests (501-4,999 pages) current average time is approximately 67 months to complete; and
> Extra-large track requests (over 5,000 pages) current average time is approximately 79 months to complete.

The current average time to complete your large track request is at least 67 months. Reducing the scope of your request may accelerate the processing, allow for a timelier receipt of the information you seek, and reduce the duplication costs, if applicable. Would you be willing to consider reducing the scope of your request to place it in a smaller, potentially faster processing track?

Please let us know if this is something you would be interested in further discussing. If you chose to narrow the scope of your request, you will be able to request remaining material via a new FOIPA request submission at the completion of this request, subject to applicable fees.

Sincerely,

Negotiation Team
Federal Bureau of Investigation
Fbi.foipa.negotiation@fbi.gov

Status Checks: https://vault.fbi.gov/fdps-1/@@search-fdps | foipaquestions@fbi.gov
For additional information, please visit the www.fbi.gov/foia website.



**Ex. E page 2 of 2**

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Summary of Jared Wise's Employment History with FBI     **Date:** 04/20/2022

**From:** SAN ANTONIO
    SA-CT-4
    **Contact:** STONE JESSICA LYNNE, ▮

**Approved By:** SSA Doran Russell A

**Drafted By:** STONE JESSICA LYNNE

**Case ID #:** ▮    (U//FOUO) JARED WISE;
ANTI-RIOT LAWS UNITED STATES CAPITOL BUILDING;
WASHINGTON, DC;
TIER 8

**Synopsis:** (U) This EC contains an email chain regarding Wise's FBI employment details.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) FBI employment details of Jared Wise

**Details:**

Emails were sent to the Customer Support and Relations Unit (CSRU), Initial Processing Unit (IPU), Internal Affairs Section (IAS) and the Inspection Division (INSD) of the Federal Bureau of Investigation (FBI), regarding subject, Jared Wise's (WISE), employment history and details with the FBI.

In summary WISE was employed with the FBI from July 25, 2004 until WISE resigned on April 10, 2017. WISE held the following job titles at the following locations:

**Titles**    **Locations**    **Dates**

UNCLASSIFIED//FOUO



DEFENDANT'S EXHIBIT F
1:23-cr-00184-RDM

176-SA-3577551 Serial 10

**UNCLASSIFIED//FOUO**

Title:  (U) Summary of Jared Wise's Employment History with FBI
Re:    ▓▓▓▓▓▓▓▓▓▓▓▓   04/20/2022

| | | |
|---|---|---|
| Special Agent | Washington Field Office | 7/25/2004 to 9/10/2011 |
| | FLY TEAM | 9/11/2011 to 1/25/2014 |
| Supervisory Special Agent | TEL AVIV | 1/26/2014 to 7/23/2016 |
| | New York Office (Squad CD-1 (FCI-Russia)) | 7/24/2016 to 10/15/2016 |
| | New York Office (Squad CT-2 (IT-Asia I (Chelsea))) | 10/16/2016 to 4/10/2017 |

   A name check through IPU and IAS resulted in no derogatory information located.

   Emails are attached in a 1A file.

♦♦

| | |
|---|---|
| From: | HQ_DIV10_IPU_MAIL |
| Sent: | Monday, April 11, 2022 8:51 AM |
| To: | Doran, Russell A. (SA) (FBI) |
| Cc: | Stone, Jessica Lynne (SA) (FBI); Butters, Heather L. (INSD) (FBI) |
| Subject: | RE: Request for former FBI agent employment records --- UNCLASSIFIED//FOUO |

Classification: UNCLASSIFIED//FOUO
========================================================

Good morning Alex,

Initial Processing Unit, Internal Affairs Section ran the name as given. No derogatory information located.

Respectfully,

Mike Melton

SSA
IPU/IAS/INSD
▇▇▇▇▇▇  desk
▇▇▇▇▇▇  cell

**From:** Doran, Russell A. (SA) (FBI) <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Sent:** Monday, April 11, 2022 11:26 AM
**To:** Butters, Heather L. (INSD) (FBI) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Melton, Michael E. (INSD) (FBI) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** Stone, Jessica Lynne (SA) (FBI) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** FW: Request for former FBI agent employment records --- UNCLASSIFIED//FOUO

Classification: UNCLASSIFIED//FOUO
========================================================

Good Morning Heather/Michael,

Per the below, we are currently investigating a former FBI SA/SSA for his involvement with the Jan 6 Capitol breach. I'm hoping you are the right folks to reach out to regarding this matter, or maybe you can at least point us in the right direction.

We would like to know if former SSA Wise (identifiers below) was the subject of any internal inquires/disciplinary matters while he was employed with the FBI, to include OPR, EEO, etc. If this needs to be requested through a formal EC/Lead, we are more than happy to comply with whatever process is necessary.

Thanks for your assistance.

SSA Russell "Alex" Doran
Squad CT-4 – Domestic Terrorism
San Antonio JTTF

1


DEFENDANT'S EXHIBIT G
1:23-cr-00184-RDM

   (Desk)
(Cell)

**From:** Carter, J. (HRD) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Friday, April 08, 2022 2:10 PM
**To:** Stone, Jessica Lynne (SA) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​>
**Cc:** Cole, Luisa T. (HRD) (FBI) <​​​​​​​​​​​​​​​​>; Doran, Russell A. (SA) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​>
**Subject:** RE: Request for former FBI agent employment records --- UNCLASSIFIED//FOUO

```
Classification: UNCLASSIFIED//FOUO
======================================================
```

Good Afternoon SA Stone,
I am able to provide information regarding Mr. Wise's employment and the type of personnel action of his leaving. For any information regarding performance/leave information, you will need to reach out directly to the Performance Appraisal Unit (PAU) in HRD (email: and cc Unit Chief Katherine "Katy" Brideau). Regarding the circumstances of his leaving the FBI and any disciplinary investigations, you would need to reach out to OPR, INSD, and/or SecD. I am not sure if there is a specific more expedient investigative request process for this, but I know a name check can be submitted to these offices for this type of information. See below for HR information.

Jared L. Wise
EOD: 7/25/2004
Separation: 4/10/2017 (Resignation)
Position Title at Separation: Supervisory Special Agent (SSA)
Job titles/locations:

| Titles | Locations | Dates |
|---|---|---|
| SA | WFO | 7-25-2004 to 9-10-2011 |
|  | FLY TEAM | 9-11-2011 to 1-25-2014 |
| SSA | TEL AVIV | 1-26-2014 to 7-23-2016 |
|  | NYO (Squad CD-1 (FCI-Russia)) | 7-24-2016 to 10-15-2016 |
|  | NYO (Squad CT-2 (IT-Asia I (Chelsea))) | 10-16-2016 to 4-10-2017 |

**We are committed to providing Quality Customer Service...please tell us how we are doing by completing our HRD Customer Satisfaction Survey.**

*Very Respectfully,*

*J. Carter*
*Customer Support Team Supervisor - Formerly HRD Call Center*
*Customer Support and Relations Unit (CSRU)*

**From:** Stone, Jessica Lynne (SA) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​v>
**Sent:** Thursday, April 07, 2022 2:34 PM
**To:** Carter, J. (HRD) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​>

2

**Ex. G page 2 of 3**

**Cc:** Afshari, Khatera S. (HRD) (FBI) <███████████████>; Doran, Russell A. (SA) (FBI) <███████████████>
**Subject:** Request for former FBI agent employment records --- UNCLASSIFIED//FOUO

```
Classification: UNCLASSIFIED//FOUO
======================================================
TRANSITORY RECORD
```

Good afternoon J.

My name is Jessica Stone and I am a special agent out of the San Antonio field office. I recently opened a Full Investigation into Jared L. Wise.

The case number is ███████████ and in summary the investigation involves Wise illegally entering the U.S. Capitol building on January 6, 2021. I have obtained cell phone data that places his device inside the building and obtained video footage of Wise inside the building.

Initial reporting indicated Wise was a Special Agent and a Supervisory Special Agent out of the New York division from July 25, 2004 to April 10, 2017. If possible I would like to request Wise's employment records from his time with the bureau. Specifically, I am interested in knowing the following:
- Job titles and locations;
- Circumstances of Wise leaving the FBI;
- If there were any inquires or internal investigations involving Wise (OPR, EEO, etc.).

Wise's identifiers are as follows:
- Jared L. Wise
- DOB ███████
- SSAN: ███████

I really appreciate your time and guidance with this matter.

Regards,

SA Jessica Stone
FBI San Antonio / CT-4
Desk: ███████
Mobile: ███████

```
======================================================
Classification: UNCLASSIFIED//FOUO

======================================================
Classification: UNCLASSIFIED//FOUO

======================================================
Classification: UNCLASSIFIED//FOUO

======================================================
Classification: UNCLASSIFIED//FOUO
```