## In the United States District Court
## for the District of Columbia

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Jared Lane Wise,<br><br>　　　　　　　　　　Defendant. | Case No. 1:23-cr-00184-RDM<br><br>Exhibit B in Support of Motion to Continue Trial to January 7 (After Congress Certifies the Presidential Election Results) [ECF 120, 122] and in Support of Change of Venue Motion [ECF 41] If the Trial Is Before the Certification |

　　　The defendant, Jared Wise, by and through Assistant Federal Public Defender Peyton Lee and Supervisory Assistant Federal Public Defender Kurt Hermansen, herein files this "Exhibit B" Exhibit B in Support of Motion to Continue Trial to January 7 (After Congress Certifies the Presidential Election Results) [ECF 120, 122] and in Support of Change of Venue Motion [ECF 41] If the Trial Is Before the Certification.

　　　We were just made aware that this article appeared October 19, 2024:

https://apnews.com/article/capitol-riot-judges-election-ebb54ab9badccfcb2b1bc2fa0de5bf21?utm_source=Email&utm_medium=share

**Judges punishing Jan. 6 rioters say they fear more political violence as Election Day nears**



By  MICHAEL KUNZELMAN

Updated 9:19 AM PDT, October 19, 2024

WASHINGTON (AP) — Over the past four years, judges at Washington's federal courthouse have punished hundreds of rioters who stormed the U.S. Capitol in an unprecedented assault on the nation's democracy. On the cusp of the next presidential election, some of those judges fear another burst of political violence could be coming.

Before recently sentencing a rioter to prison, U.S. District Judge Reggie Walton said he prays Americans accept the outcome of next month's election. But the veteran judge expressed concern that Donald Trump and his allies are spreading the same sort of conspiracy theories that fueled the mob's Jan. 6, 2021, riot.

"That sore loser is saying the same things he said before," Walton said earlier this month without mentioning the Republican presidential nominee by name. "He's riling up the troops again, so if he doesn't get what he wants, it's not inconceivable that we will experience that same situation again. And who knows? It could be worse."

Walton, a nominee of President George W. Bush, is not alone. Other judges have said the political climate is ripe for another attack like the one injured more than 100 police officers at the Capitol. As Election Day nears, judges are frequently stressing the need to send a message beyond their courtrooms that political violence can't be tolerated.

> \* \* \*
>
> Republicans and Democrats are both preparing for long legal battles over the 2024 election results

[Image of Trump omitted]

* * *

"It scares me to think about what will happen if anyone on either side is not happy with the results of the election," Judge Jia Cobb, a nominee of President Joe Biden, said during a sentencing hearing last month for four Capitol riotersv.

Judge Rudolph Contreras lamented the potential for more politically motivated violence as he sentenced a Colorado man, Jeffrey Sabol, who helped other rioters drag a police officer into the mob. Sabol later told FBI agents that a "call to battle was announced" and that he had "answered the call because he was a patriot warrior."

"It doesn't take much imagination to imagine a similar call coming out in the coming months, and the court would be concerned that Mr. Sabol would answer that call in the same way," Contreras, a President Barack Obama nominee, said in March before sentencing Sabol to more than five years in prison.

Trump's distortion of the Jan. 6 attack has been a cornerstone of his bid to reclaim the White House. The former president has denied any responsibility for the crimes of supporters who smashed windows, assaulted police officers and sent lawmakers running into hiding as they met to certify President Joe Biden's 2020 victory.

Trump has vowed to pardon rioters, whom he calls "patriots" and "hostages," if he wins in November. And he said he would accept the results of the upcoming election only if it's "free and fair," casting doubts reminiscent of his baseless claims in 2020.

Judges have repeatedly used their platform on the bench to denounce those efforts to downplay the violence on Jan. 6 and cast the rioters as political prisoners. And some have raised concerns about what such rhetoric means for the future of the country and its democracy.

"We're in a real difficult time in our country, and I hope we can survive it," Walton said this month while sentencing a Tennessee nurse who used a pair of medical scissors to smash a glass door at the Capitol.

* * *

"I've got a young daughter, I've got a young grandson, and I would like for America to be available to them and be as good to them as it has been to me," he added. "But I don't know if we survive with the mentality that took place that day."

More than 1,500 people have been charged with federal crimes related to Jan. 6 siege, which disrupted the peaceful transfer of presidential power for the first time in the nation's history. Over 1,000 rioters have been convicted and sentenced. Roughly 650 of them received prison time ranging from a few days to 22 years.

Justice Department prosecutors have argued in many cases that a prison sentence is necessary to deter convicted Capitol rioters from engaging in more politically motivated violence.

"With the 2024 presidential election approaching and many loud voices in the media and online continuing to sow discord and distrust, the potential for a repeat of January 6 looms ominously," prosecutors have repeatedly warned in court filings.

Prosecutors argue that defendants who have shown little or no remorse for their actions on Jan. 6 could break the law again. Some rioters even seem to be proud of their crimes.

The first rioter to enter the Capitol texted his mother, "I'll go again given the opportunity." A man from Washington state who stormed the Capitol with fellow Proud Boys extremist group members told a judge, "You can give me 100 years and I'd do it all over again." A Kentucky nurse who joined the riot told a television interviewer that she would "do it again tomorrow."

A Colorado woman known to her social media followers as the "J6 praying grandma" avoided a prison sentence in August when a magistrate judge sentenced her for disorderly conduct and trespassing on Capitol grounds. Rebecca Lavrenz told the judge that God, not Trump, led her to Washington on Jan. 6.

"And she has all but promised to do it all over again," said prosecutor Terence Parker.

Prosecutors had sought 10 months behind bars. After her April trial conviction, Lavrenz went on a "media blitz" to defend the mob, spread misinformation, undermine confidence in the courts and boost her celebrity in a community that believes Jan. 6 "was a good day for this country," Parker said.

Magistrate Zia Faruqui sentenced Lavrenz to six months of home confinement and fined her $103,000, stressing the need to "lower the volume" before the next election.

"These outside influences, the people that are tearing our country apart, they're not going to help you," Faruqui told her.

___

Associated Press writer Alanna Durkin Richer contributed to this report.

[Image]

The Associated Press is an independent global news organization dedicated to factual reporting. Founded in 1846, AP today remains the most trusted source of fast, accurate, unbiased news in all formats and the essential provider of the technology and services vital to the news business. More than half the world's population sees AP journalism every day.

Respectfully submitted on October 20, 2024.

*s/ Peyton Lee*
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Email: Peyton_Lee@fd.org

*s/ Kurt Hermansen*
Kurt David Hermansen, CA Bar No. 166349
Supervisory Assistant Federal Public Defender
859 Willamette St. Suite 200
Eugene, OR  97401
Tel: (619) 436-8117
Fax: (541) 465-6975
Email: kurt_hermansen@fd.org

**Attorneys for Defendant Jared Lane Wise**
