In the United States District Court
for the District of Columbia

| | |
|---|---|
| **United States of America**, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | |
| v. | Unopposed Motion to Extend Filing Deadline for Joint Status Report from October 25, 2024, to November 1, 2024 |
| **Jared Lane Wise**, | |
| Defendant. | |

Jared Wise, through counsel, Assistant Federal Public Defender Peyton Lee, and Supervisor Assistant Federal Public Defender Kurt Hermansen, after conferring with Counsel for the United States of America, respectfully files this Unopposed Motion to Extend Filing Deadline for Joint Status Report, regarding the FBI file and the need for additional briefing related to motions impacted by the FBI file, currently due October 25, 2024 as ordered by the Court on October 21, 2024. The parties respectfully request the deadline be extended from October 25 to November 1, 2024, to allow time for additional efforts to be made to obtain the records, and for defense counsel to review and determine what additional steps may be necessary related to the responsive records.

Respectfully submitted on October 25, 2024.

| | |
|---|---|
| *s/ Peyton Lee* | *s/ Kurt David Hermansen* |
| Peyton Lee, OSB No. 164224 | Kurt David Hermansen, CA Bar No. 166349 |
| Assistant Federal Public Defender | Supervisory Assistant Federal Public |
| 101 SW Main Street, Suite 1700 | Defender, District of Oregon |
| Portland, OR 97204 | 859 Willamette Street, Suite 200 |
| (503) 326-2123 | Eugene, Oregon 97405 |
| Peyton_Lee@fd.org | (541) 465-6937 |
| | Kurt_Hermansen@fd.org |

*Counsel for Defendant Jared Wise*

Page 1   Unopposed Motion to Extend Filing Deadline for Status Report from October 25, 2024, to November 1, 2024