### In the United States District Court
### for the District of Columbia

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Jared Lane Wise,<br><br>　　　　　　　　　　　Defendant. | Case No. 1:23-cr-00184-RDM<br><br>Motion to Compel Discovery Under Federal Rule of Criminal Procedure 16 |

　　　The defendant, Jared Wise, by and through Assistant Federal Public Defender Peyton Lee and Supervisory Assistant Federal Public Defender Kurt Hermansen, herein files this Motion to Compel Discovery Under Federal Rule of Criminal Procedure 16.

　　　The defense has consistently requested access to the Upper West Terrace to measure areas that will be key to testimony and videos that will be shown at trial. The government has refused to allow any measurements.

　　　The defense has also provided its educated estimates regarding key distances, heights, and widths, and offered to stipulate to those distances and measurements. The defense even asked the government to conduct its own measurements to ensure an accurate stipulation. On October 22, 2024, government counsel definitively responded: "We cannot agree to a stipulation on measurements, approximate measurements, or confirmation to defense estimates. Please let us know if you will be seeking a court order for the measurement information."

　　　The defense hereby seeks that court order and by this public filing puts the government on notice that we are seeking that court order per the government's suggestion.

Federal Rule of Criminal Procedure Rule, 16(a)(1)(E), requires that the government permit inspection by the defense of the Upper West Terrace in this case. Specifically, Rule 16(a)(1)(E) provides:

> (E) *Documents and Objects.* Upon a defendant's request, **the government must permit the defendant to inspect** and to copy or photograph books, papers, documents, data, photographs, **tangible objects, buildings or places,** or copies **or portions of any of these items, if the item is within the government's possession, custody, or control** and:
>
> (i) **the item is material to preparing the defense**;
>
> (ii) the government intends to use the item in its case-in-chief at trial; or
>
> (iii) the item was obtained from or belongs to the defendant.

FED. R. CRIM. P. 16(a)(1)(E) (bold emphasis added).

Because Mr. Wise's location relative to assaultive conduct at approximately 4:22:16 PM and 4:22:38 PM on January 6, 2021, is material to the felony charges he faces and must defend against in this case, "the government must permit the defendant to inspect… tangible objects, buildings or places, … or portions of any of these items, if the item is within the government's possession, custody, or control." FED. R. CRIM. P. 16(a)(1)(E).

Respectfully submitted on October 29, 2024.

| | |
|---|---|
| *s/ Peyton Lee* | *s/ Kurt Hermansen* |
| Peyton Lee, OSB No. 164224 | Kurt David Hermansen, CA Bar No. 166349 |
| Assistant Federal Public Defender | Supervisory Assistant Federal Public Defender |
| 101 SW Main Street, Suite 1700 | 859 Willamette St. Suite 200 |
| Portland, OR 97204 | Eugene, OR  97401 |
| Tel: (503) 326-2123 | Tel: (619) 436-8117 |
| Email: Peyton_Lee@fd.org | Email: kurt_hermansen@fd.org |

**Attorneys for Defendant Jared Lane Wise**