UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Crim. No. 23-CR-184 (RDM) |
| JARED LANE WISE, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Jared Lane Wise, by and through his attorneys, Assistant Federal Public Defender Peyton Lee, and Supervisor Assistant Federal Public Defender Kurt Hermansen, now submit this joint status report regarding the defendant's subpoena to the FBI dated September 9, 2024.

1. The parties have continued to meet and confer regarding the subpoena and defendant's request for psychological records.

2. On October 25, 2024, the government produced a transcript of training Wise received while employed by the FBI. The government understands that the transcript may not account for the entirety of the training Wise received. However, the transcript reflects the extent of what is held by the FBI registrar.

3. As the government described in the Joint Status Report dated October 11, 2024, the government has reviewed the contents of the defendant's personnel records and the and the contents of the materials gathered in response to defendant's prior FOIA request (FOIPA Request No: 1594217-000). Materials responsive to the subpoena are being reviewed for redaction of law

2

enforcement sensitive and classified information. The government expects to be able to produce responsive materials in approximately one to three weeks.

4. Finally, at the Court hearing on October 21, 2024, the Court and defense counsel inquired about psychiatric or psychological assessments of Wise. The government has conferred with the FBI and requested additional information from defense counsel regarding this request to assist in efforts to determine if any such materials are in the FBI's possession, custody, or control.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Sarah Rocha*
        Sarah Rocha
        Trial Attorney / Detailee
        D.C. Bar No. 977497
        601 D Street, N.W., Washington, D.C. 20579
        Tel. No.: 202-330-1735
        Email: sarah.wilsonrocha@usdoj.gov

        */s/ Taylor Fontan*
        Taylor Fontan
        Assistant United States Attorney
        Indiana Bar No. 35690-53
        601 D Street N.W, Washington, D.C. 20530
        Tel. No.: (202) 815-8597
        Email: taylor.fontan@usdoj.gov

By:    s/ *Kurt David Hermansen*
        Kurt David Hermansen
        CA Bar No. 166349
        Supervisory Assistant Federal Public Defender
        District of Oregon
        859 Willamette Street, Suite 200
        Eugene, Oregon 97405
        (541) 465-6937
        Kurt_Hermansen@fd.org

*s/ Peyton Lee*
Peyton Lee
OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
(503) 326-2123
Peyton_Lee@fd.org

**Counsel for Defendant Jared Lane Wise**

2