IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | NOTICE OF REMOTE APPEARANCE BY DEFENSE COUNSEL, UNOPPOSED MOTION TO CONVERT HEARING TO VIDEOCONFERENCE, AND WAIVER OF IN-PERSON APPEARANCE BY MR. WISE |
| v. | |
| **Jared Lane Wise**, | |
| Defendant. | |

On November 7, 2024, a hearing on defendant's Motion to Compel measurements was set for November 13, 2024, beginning at 2:30 PM. The Court's minute order indicates that "the parties shall appear for a hearing on the motion on November 13, 2024 , at 2:30 p.m. in Courtroom 8. Any party wishing to appear by Zoom at that hearing may do so as long as it provides the Court with advance notice with the caveat that if Mr. Wise wants to appear by Zoom he should file an appropriate waiver."

Defendant, Jared Lane Wise, by and through his attorney, Supervisory Assistant Federal Public Defender Kurt David Hermansen and Assistant Federal Public Defender Peyton Lee, respectfully requests that the Court convert the hearing on defendant's Motion to Compel scheduled for November 13, 2024, at 2:30 PM in this matter to a hearing by video conference. Mr. Wise resides in Oregon and California, and defense counsel reside in Oregon. The government has no objection to proceeding in this fashion.

Mr. Wise has discussed with counsel his right to be present in person for any Court appearances related to his criminal case. He agrees to waive that right and to appear by remote video appearance for the November 13, 2024, proceeding.

Respectfully submitted on November 8, 2024.

| | |
|---|---|
| *s/ Peyton Lee* | *s/ Kurt Hermansen* |
| Peyton Lee, OSB No. 164224 | Kurt David Hermansen, CA Bar No. 166349 |
| Assistant Federal Public Defender | Supervisory Assistant Federal Public Defender |
| 101 SW Main Street, Suite 1700 | 859 Willamette St. Suite 200 |
| Portland, OR 97204 | Eugene, OR 97401 |
| Tel (503) 326-2123 | Tel: (619) 436-8117 |
| peyton_lee@fd.org | Fax: (541) 465-6975 |
| | Email: kurt_hermansen@fd.org |

Page 2 — Notice of Remote Appearance by Defense Counsel, Unopposed Motion to Convert Hearing to Videoconference, and Waiver of In-Person Appearance by Mr. Wise