# STINGER® GRENADE
# RUBBER PELLET RP, RP/CS & RP/OC


**DEFENSE TECHNOLOGY®**



| PRODUCT SPECIFICATIONS | | |
|---|---|---|
| Construction | Rubber Ball Grenade Body | |
| Diameter | 3.10 in / 7.9 cm | |
| Length | 5.20 in / 13.2 cm | |
| Fuze | M201A1 Type | |
| Explosive Content | Flash Powder - 0.28 oz / 8 grams | |
| Sound Level | 175 dB at 5' (1.5 m) | |
| Projectile Count | 180 Rubber Balls | 25 Rubber Balls |
| Launchable | Yes | Yes |
| SUB-MUNITIONS | | |
| Active Agent | CS  0.07 oz / 2 grams | |
| | OC  0.01 oz / 0.30 grams | |
| Caliber | 32 | 60 |
| Diameter | 0.32 in / 0.81 cm | 0.60 in / 1.5 cm |
| Hardness | 75 Durometer (A) | 60 Durometer (A) |
| Part No. | RP       1090 | RP 1087 (not shown) |
| | RP/CS  1088 | |
| | RP/OC  1089 | |
| Warranty | 5 years from date of manufacture | |

**ALL SPECIFICATIONS ARE AVERAGES AND SUBJECT TO CHANGE**

The Stinger® Grenade is a combination Less Lethal Impact Munitions and Distraction Device® that may incorporate optional CS or OC laden powder, if desired. The Stinger® Grenade is a maximum effect device as it delivers up to four stimuli for psychological and physiological effect: rubber pellets, light, sound, and optional chemical agent or OC.

The Stinger® Grenade has an initial 1.5 second delay that initiates fuze assembly separation, followed by another 0.5 second delay before the function of the device. The blast is sufficient to project the rubber balls and optional chemical agent in a 50 foot radius.

The Stinger® Grenade is most widely used as a crowd management tool by law enforcement and corrections in indoor and outdoor operations. However, as with any pyrotechnic device, firefighting equipment should be available. It has also proven successful in tactical operations.

As a pain compliance, distraction and disorientation device for crowd management, it may be hand thrown or launched in the general direction of the crowd. It may be deployed for ground bursts or aerial bursts at the discretion of the operator. It is generally reserved as a last selection when chemical agents and less lethal impact munitions have not resolved the disorder or routed the crowd. It has been used quite successfully for several years in correctional and jail facilities against non-compliant or riotous inmates.

Its applications in tactical deployment situations include high-risk warrant service, hostage rescue, and the arrest of potentially violent subjects. The purpose of the Stinger® Grenade is to minimize the risks to all parties through pain compliance, temporary distraction or disorientation of potentially violent or dangerous subjects.

⚠ **WARNING**
This product can expose you to chemicals including Lead Salts and Hexavalent Chromium, which are known to the State of California to cause cancer, and Lead Salts, which are known to the State of California to cause birth defects or other reproductive harm. For more Information, go to www.P65Warnings.ca.gov.

**IMPROPER USE OF THE STINGER® GRENADE CAN RESULT IN DEATH OR SERIOUS BODILY INJURY.**

**WARNING:** TO BE USED BY TRAINED LAW ENFORCEMENT, CORRECTIONAL OR MILITARY PERSONNEL WHO HAVE SUCCESSFULLY COMPLETED A TRAINING PROGRAM FOR THE DEPLOYMENT OF DISTRACTION DEVICE® UNITS. **IMPROPER USE OF THE DISTRACTION DEVICE® UNIT CAN RESULT IN DEATH OR SERIOUS BODILY INJURY.**



INDOORS/OUTDOORS

EXPLOSIVE