**In the United States District Court**
**for the District of Columbia**

| | |
|---|---|
| United States of America, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | Objections to Government Opening Exhibits |
| v. | |
| Jared Lane Wise, | |
| Defendant. | |

The defense has previously agreed to pre-admit a number of Government exhibits, one of which the Government plans to use in opening (Gx 303a). The defense additionally does not object to the following screenshots: Gx 202, Mr. Wise entering the Capitol, Gx 514, Mr. Wise at the 19 second mark. Regarding the remaining exhibits the Government proposes to use in opening, the defense offers the following objections:

**GX 106, Restricted Perimeter Map (Attachment A)**

Defense objects on relevance and FRE 403 grounds. By the time Mr. Wise arrived to the Capital grounds, many of these barriers had been removed. Defense also objects on FRE 403 grounds, in that there is a potential for confusing or misleading the jury; different portions of this perimeter were marked in different ways (such as bike racks, directional signs, or no barriers), especially at different times of the day. Presenting a diagram that makes it seem as though the perimeter was uniformly and strongly marked at all times is likely to mislead the jury about the nature of the restriction of the grounds.

Page 1 – Objections to Government Opening Exhibits

**GX 116, Bike Rack Photo (Attachment B)**

Defense objects on relevance, FRE 403, and lack of foundation grounds. We have not received any confirmation about when this photograph was taken. At some point the Government indicated it may have been taken on January 7, 2021. If the photograph was taken on January 6, the absence of people in the background indicate it would be far before Mr. Wise reached the Capitol, and the signs were likely knocked down or moved before he arrived on the scene. If it was taken on a later date, such as January 7, 2024, it is unclear whether these signs or racks were knocked down and then re-setup before the photograph was taken. Given the lack of foundational background, the photograph has limited relevance. To the extent that it has any probative value, it is substantially outweighed by a risk of misleading or prejudicing the jury who would assume that such signs and barriers were up and positioned like the photograph when Mr. Wise arrived at the Capitol.

**GX 501, Screenshots from Patriot Punk Video (Attachments C-1 through C-3)**

Defense objects on relevance and FRE 403 grounds. The screenshots depict signs in a different area of the grounds than Mr. Wise approached from and would not reflect the barriers visible to him. The screenshots come from a longer "Patriot Punk" video. At 1:28 in the video, the Garfield Memorial can be seen (corroborated by the screenshot in Attachment C-3, a view which shows the angle towards the Capitol building as approaching from the right or south side of the grounds). Mr. Wise came into the grounds from the north, or left side (near the Peace Monument). These barriers do not match the area of the grounds Mr. Wise would have seen, and are therefore irrelevant, potentially misleading, and prejudicial under FRE 403.

The video which these screenshots come from is also taken more than 10 minutes before Mr. Wise got to the Capitol grounds (at 12:01 in the full video, the first sounds of stinger ball grenades can be heard, which marks the approximate time Mr. Wise was approaching the Capitol grounds). Any barriers or signs may have been moved, changed or different, and this video would capture irrelevant and potentially prejudicial or misleading representations of the barriers under FRE 403.

**GX 809, Screenshot (Attachment D)**

Defense objects on FRE 403 grounds. The screenshot of Vice President Pence evacuating the Senate is needlessly cumulative with factual stipulations the parties have agreed to, as well as substantially more prejudicial than probative in its likelihood of eliciting an unnecessary and strong emotional response from the jurors. The current language expected in Stipulation #1 includes the following:

> [t]he two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.
>
> At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.
>
> . . .
>
> Vice President Pence remained within the United States Capitol from the time he arrived at the Capitol at approximately 12:30 p.m. on January 6, 2021, until Congress's joint session ended on the morning of January 7, 2021.

Page 3 – Objections to Government Opening Exhibits

A photograph or video of the evacuations is duplicative, and needlessly evokes an emotional response to broader protestor conduct that day.

Respectfully submitted on January 6, 2025.

*s/ Peyton Lee*
Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Email: Peyton_Lee@fd.org

*s/ Kurt Hermansen*
Kurt David Hermansen, CA Bar No. 166349
Supervisory Assistant Federal Public
Defender
859 Willamette St. Suite 200
Eugene, OR  97401
Tel: (619) 436-8117
Email: kurt_hermansen@fd.org

**Attorneys for Defendant Jared Lane Wise**