# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED LANE WISE,<br><br>　　　　*Defendant*. | Criminal Action No. 23-184 (RDM) |

## ORDER

Attached hereto are the Court's proposed final *voir dire* and preliminary jury instructions, as well as the Court's pretrial order.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　/s/ Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: January 8, 2025