IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 1:23-cr-00184-RDM |
| Plaintiff, | |
| v. | |
| **JARED LANE WISE**, | |
| Defendant. | |

**JURY VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**Count One: Obstructing Officer XXXX During a Civil Disorder**

_____     _____
Guilty                                         Not Guilty

**Count Two: Assaulting Officer XXXX**

_____     _____
Guilty                                         Not Guilty

1. For Count Two, do you unanimously find that a principal heard Jared Wise's words before forcibly assaulting Officer _____?

   _____     _____
   Yes                                            No

2. For Count Two, do you further unanimously find that Officer _____ was forcibly assaulted because Jared Wise's words, in fact, encouraged the principal to forcibly assault Officer _____?

   _____     _____
   Yes                                            No

3. For Count Two, do you unanimously find that Jared Wise acted with the intent to forcibly assault officers during a civil disorder, as charged in Count One, while causing someone to assault Officer _____?

_____          _____
          Yes                                    No

4. For Count Two, do you unanimously find that the government has proved beyond a reasonable doubt that the principal was not acting in self-defense or defense of others?

_____          _____
          Yes                                    No

**Count Three: Entering and Remaining in a Restricted Building or Grounds**

_____          _____
         Guilty                              Not Guilty

**Count Four: Disorderly and Disruptive Conduct in a Restricted Building or Grounds**

_____          _____
         Guilty                              Not Guilty

**Count Five: Disorderly Conduct in a Capitol Building**

_____          _____
         Guilty                              Not Guilty

**Count Six: Parading, Demonstrating, or Picketing in a Capitol Building**

_____          _____
         Guilty                              Not Guilty

Dated this _____ day of November 2024

                                        Signature of Foreperson
                                        _____

Page 2 – Jury Verdict Form