| Officer Last Name | Officer First Name | Axon Serial No. | Time Arrived to Capitol | Time Arrived in Police Line | Hear "Kill 'em, Kill 'em" @ 4:22:38 | Hear "Peace! Freedom!" @ 4:22 PM | General Location (Upper v. Lower Level) | In scrum group? | Specific Location @ 4:22:38 PM (if in scrum group; relative to line of scrimmage) |
|---|---|---|---|---|---|---|---|---|---|
| Costello | Dalentina | X6039BJLR | *before* 2:45 PM | 2:50 PM | No | No | Upper Level | Yes | Middle left in scrum; a few rows back |
| Mullen | Mark | X6039B7QF | 3:33 PM | 3:48 PM | No | No | Upper Level | Yes | A couple rows back from scrimmage line |
| Owens | Stephen | X6039B8UM | 3:35 PM | 3:53 PM | No | No | Upper Level | Yes | A couple rows back from scrimmage line |
| Pakeman | Keith | X6039BHL5 | 2:29 PM | 2:50 PM | No | No | Upper Level | Yes | A couple rows back from scrimmage line, next to Geiger |
| Panara | Gabrielle | X6039BL3X | 2:24 PM | 2:50 PM | No | No | Upper Level | Yes | A couple rows back from scrimmage line, behind and to the right of Boyd. |
| Phan | Michael | X6039BCVN | 2:29 PM | 2:50 PM | No | No | Upper Level | Yes | A couple rows back from scrimmage line. In front of Core. Behind Boyd directly. |
| Alberti | Tabitha | X6039B94Y | 3:34 PM | 3:52 PM | No | No | Upper Level | Yes | Planter, several rows back |
| Arhin | George | X6039B98N | 3:34 PM | 3:47 PM | No | No | Upper Level | Yes | Middle of scrum; about three rows back |
| Bennett | Dallas | X6039BJ4E | 2:22 PM | 2:50 PM | No | No | Upper Level | Yes | **Front row**, right of middle |
| Boyd | Clarence | X6039BFRK | *before* 2:33 PM | 2:50 PM | No | No | Upper Level | Yes | **Front row**, right of middle |
| Braschnewitz | Victor | X6039B1LA | *before* 4:15 PM | *before* 4:15 PM | No | No | Upper Level | Yes | Directly behind front row of scrimmage; behind PGCPD 3843, 3689, and then Boyd. |
| Brown | Tyquan | X6039BHGT | 2:25 PM | 2:50 PM | No | No | Upper Level | Yes | Directly behind front row of scrimmage; behind PGCPD 3604. |
| Caballero | Enrique | X6039BK4H | 2:24 PM | 2:50 PM | No | No | Upper Level | Yes | **Front row, a few people to the right of Thomas.** |
| Christian | Christopher | X6039BEUK | 2:34 PM | 2:50 PM | No | No | Upper Level | Yes | Middle left in scrum; about three rows back |
| Clemens | Christopher | X6039BCVL | 3:36 PM | 3:52 PM | No | No | Upper Level | Yes | Middle in scrum; several rows back |



DEFENDANT'S EXHIBIT 219
1:23-cr-00184-RDM

| Officer Last Name | Officer First Name | Axon Serial No. | Time Arrived to Capitol | Time Arrived in Police Line | Hear "Kill 'em, Kill 'em" @ 4:22:38 | Hear "Peace! Freedom!" @ 4:22 PM | General Location (Upper v. Lower Level) | In scrum group? | Specific Location @ 4:22:38 PM (if in scrum group; relative to line of scrimmage) |
|---|---|---|---|---|---|---|---|---|---|
| Core | Angelique | X6039B8Y9 | *before* 2:43 PM | 2:50 PM | No | No | Upper Level | Yes | Middle in scrum; several rows back |
| Dean | Paul | X6039BC64 | *before* 3:05 PM | 4:19 PM | No | No | Upper Level | Yes | **Front row**, right of middle |
| Delozier | Kevin | X6030039T | 3:33 PM | 3:47 PM | No | No | Upper Level | Yes | To the left of center a few rows back |
| Devlin | Joseph | X6039BDC4 | 2:23 PM | 2:50 PM | No | No | Upper Level | Yes | Back of scrum, near planter |
| Finck | Benjamin | X6039BHPA | 3:33 PM | 3:48 PM | No | No | Upper Level | Yes | A few rows back, in the middle |
| Geiger | Richard | X6039B956 | *before* 2:44 PM | 2:50 PM | No | No | Upper Level | Yes | A few rows back, in the middle |
| Glean | Michael | X6039B80Q | 3:33 PM | 3:52 PM | No | No | Upper Level | Yes | A few rows back, in the middle |
| Gonzalez | Harolin | X6039BKP0 | 2:29 PM | 2:50 PM | No | No | Upper Level | Yes | A few rows back, close to planter |
| Hansohn | John | X6039BCXR | 3:31 PM | 3:52 PM | No | No | Upper Level | Yes | **Front row**, right of middle |
| Karaali | Hakan | X6039BCV2 | 2:32 PM | 2:50 PM | No | No | Upper Level | Yes | Right side of scrum; several rows back |
| Khan | Faraz | X6039B822 | *before* 2:43 PM | 2:50 PM | No | No | Upper Level | Yes | Middle right in group, behind Boyd. |
| Leano | DanPatrick | X6039B9WG | 2:38 PM | 2:50 PM | No | **Yes** | Upper Level | Yes | Behind one officer, **directly in line with Thomas** |
| Lowery | Tyrone | X6039BFN8 | 2:29 PM | 2:50 PM | No | No | Upper Level | Yes | To the right of the planter box, a few rows back |
| Maslona | Jeffrey | X6039BFJY | 3:33 PM | 3:48 PM | No | No | Upper Level | Yes | A few rows back, in the middle |
| Melendez | Brianna | X6039B8QH | 2:29 PM | 2:50 PM | No | No | Upper Level | Yes | Close to scrimmage line |
| Padilla | Anthony | X6039BKAH | 2:31 PM | 2:50 PM | No | No | Upper Level | Yes | To the right of the planter box, a few rows back |
| Pugh | Mark | X6039BFKA | 3:35 PM | 3:50 PM | No | No | Upper Level | Yes | Upper area, left of middle, several rows back |

| Officer Last Name | Officer First Name | Axon Serial No. | Time Arrived to Capitol | Time Arrived in Police Line | Hear "Kill 'em, Kill 'em" @ 4:22:38 | Hear "Peace! Freedom!" @ 4:22 PM | General Location (Upper v. Lower Level) | In scrum group? | Specific Location @ 4:22:38 PM (if in scrum group; relative to line of scrimmage) |
|---|---|---|---|---|---|---|---|---|---|
| Romero | Kevin | X6039BELN | 2:29 PM | 2:50 PM | No | No | Upper Level | **Yes** | Upper area, row right behind the front of the line, right of middle |
| Thornton | Linwood | X6039BJHS | 2:24 PM | 2:50 PM | **Yes** | No | Upper Level | **Yes** | **Far left planter edge**, two rows back. |
| Tobe | Christian | X6039BC3K | 2:34 PM | 2:50 PM | No | No | Upper Level | **Yes** | Upper area, several rows behind front of police line. |
| Van Duyse | Michael | X6039BL1N | 2:33 PM | 2:50 PM | No | No | Upper Level | **Yes** | **Front of line**, right of planter |
| Vanacore | Christopher | X6039BLCK | 2:24 PM | 2:50 PM | No | No | Upper Level | **Yes** | Planter area, near Veizaj. |
| Veizaj | Kevin | X6039BCMP | 2:31 PM | 2:50 PM | No | **Yes** | Upper Level | **Yes** | Front of line, planter area, near Vanacore and Leano |
| White | Quintin | X6039BCVM | 3:33 PM | 3:48 PM | No | No | Upper Level | **Yes** | A couple rows back from front of line, to the right of center |
| Zamora | Esmeralda | X6039BF6Q | 3:35 PM | 3:48 PM | No | No | Upper Level | **Yes** | Right of center, close to building |
| Czerwinski | Michael | X6039BHX1 | 2:23 PM | 2:50 PM | No | No | Upper Level | Not actively | Right of center, close to building |
| Yarosis | Nicholas | X6039BGHQ | 3:33 PM | 3:48 PM | No | No | Upper Level | Not actively | Right of center, close to building, behind group of actively participating officers |
| Alemian | Gregory | X6039B88X | 3:35 PM | 3:53 PM | No | No | Upper Level; to the right of scrum | No | |
| Amigo | Jonathan | X6039BJEE | *before* 2:54 PM | *before* 2:54 PM | No | No | Upper Level; close to Cap Bldg entrance | No | |
| Campanale | Anthony | X6039BEYS | 2:23 PM | 2:50 PM | No | No | Upper Level; close to Cap Bldg entrance | No | |

| Officer Last Name | Officer First Name | Axon Serial No. | Time Arrived to Capitol | Time Arrived in Police Line | Hear "Kill 'em, Kill 'em" @ 4:22:38 | Hear "Peace! Freedom!" @ 4:22 PM | General Location (Upper v. Lower Level) | In scrum group? | Specific Location @ 4:22:38 PM (if in scrum group; relative to line of scrimmage) |
|---|---|---|---|---|---|---|---|---|---|
| Carrion | Ricardo | X6039BL20 | 2:26 PM | 2:50 PM | No | No | Upper Level; close to Cap Bldg entrance | No | |
| Chih | Stephen | X6039B7QY | 3:08 PM | 4:18 PM | No | No | Upper Level; close to Cap Bldg entrance | No | |
| Cruz | Angel | X6039BF83 | *before* 2:46 PM | 2:50 PM | No | No | Upper Level; close to Cap Bldg entrance | No | |
| Beistline | Iris | X6039BK6Z | 3:33 PM | 3:53 PM | No | No | Upper Level; behind scrum group | No | |
| Cole | Brittany | X6039BKVR | *before* 2:46 PM | 3:40 PM | No | No | Upper Level, far south of the police line | No | |
| Madera | Bryan | X6039BCXT | 3:28 PM | 3:40 PM | No | No | Upper Level, far south of the police line | No | |
| DaCruz | Michael | X6039B8Z1 | 2:44 PM | *before* 3:58 PM | No | No | Lower Level; near ADA ramp a few rows back | No | |
| Choi | Eddie | X6039BBHQ | *before* 3:02 PM | 3:40 PM | No | No | Lower Level, far west | No | |
| Bingner | Allison | X6030096S | 2:23 PM | 2:50 PM | No | No | Lower Level, far west | No | |
| Bethel | Jovan | X6039BFRQ | *before* 2:47 PM | 2:50 PM | **Yes** | No | Lower Level; front row to left of Niewenhous. | No | |
| Agyeman | Kwaku | X6039BCQN | 2:51 PM | *before* 4:12 PM | *Very faintly* | No | Lower Level | No | |

**Ex. 219 page 4 of 5**

| Officer Last Name | Officer First Name | Axon Serial No. | Time Arrived to Capitol | Time Arrived in Police Line | Hear "Kill 'em, Kill 'em" @ 4:22:38 | Hear "Peace! Freedom!" @ 4:22 PM | General Location (Upper v. Lower Level) | In scrum group? | Specific Location @ 4:22:38 PM (if in scrum group; relative to line of scrimmage) |
|---|---|---|---|---|---|---|---|---|---|
| Campbell | Joseph | X6039BCYG | *before* 2:43 PM | 4:00 PM | No | No | Lower level, near ramp handrails, back a few rows. | No | |
| Dieng | Abdul | X6039BHBB | 2:23 PM | 2:50 PM | No | No | Lower Level, far west | No | |
| Fernando | Isaac | X6039BJ06 | 2:23 PM | 2:50 PM | No | No | Lower Level, far west | No | |
| Hillgren | Lorelei | X6039BJUM | 2:20 PM | 2:50 PM | No | No | Lower Level, far west | No | |
| Schwarzer | William | X6039BGFK | 2:23 PM | 2:50 PM | No | No | Lower Level, far west | No | |
| Gravesmill | Brandon | X6039BKF0 | 2:29 PM | 2:50 PM | **Yes** | No | Lower Level | No | |
| Lee | Jake | X6039BJ79 | 2:23 PM | 2:50 PM | No | No | Lower Level, a few officers to the left of Niewenhous | No | |
| Niewenhous III | Robert | X6039BFL0 | *before* 3:58 PM | 4:00 PM | **Yes** | No | Lower Level, front row ADA ramp | No | |
| Solomon | Linwood | X6039BEWX | 2:30 PM | 2:50 PM | **Yes** | No | Lower Level, front row, left of Niewenhous | No | |