## Stinger Grenade Deployment on the West Front of the Capitol Building Between 1:24 PM and 2:14 PM

| Time Range | No. of Grenades Deployed |
|---|---|
| **1:24 – 1:32 PM** *(8 min)* | 6 |
| **1:33 – 1:38 PM** *(5 min)* | 16 |
| **1:47 – 1:50 PM** *(3 min)* | 5 |
| **1:55 – 2:02 PM** *(7 min)* | 4 |
| **2:04 – 2:14 PM** *(10 min)* | 9 |

| Grenade # | Time | Did MPD Officer Crisman Throw the Grenade? |
|---|---|---|
| 1 | 13:24:53 | Yes |
| Duration between | 17s | |
| 2 | 13:25:10 | Yes |
| Duration between | 7m22s | |
| 3 | 13:32:32 | Yes |
| Duration between | 6s | |
| 4 | 13:32:38 | Yes |
| Duration between | 9s | |
| 5 | 13:32:47 | Yes |
| Duration between | 12s | |
| 6 | 13:32:59 | Yes |
| Duration between | 9s | |
| 7 | 13:33:08 | Yes |
| Duration between | 12s | |
| 8 | 13:33:20 | Yes |
| Duration between | 15s | |
| 9 | 13:33:35 | Yes |
| Duration between | 28s | |
| 10 | 13:34:03 | Yes |
| Duration between | 14s | |
| 11 | 13:34:17 | No |
| Duration between | 53s | |
| 12 | 13:35:10 | Yes |
| Duration between | 10s | |
| 13 | 13:35:20 | Yes |

DEFENDANT'S EXHIBIT
218
1:23-cr-00184-RDM

|  |  |  |
|---|---|---|
| Duration between | 3s |  |
| 14 | 13:35:23 | Yes |
| Duration between | 13s |  |
| 15 | 13:35:36 | No |
| Duration between | 10s |  |
| 16 | 13:35:46 | Yes |
| Duration between | 11s |  |
| 17 | 13:35:57 | Yes |
| Duration between | 15s |  |
| 18 | 13:36:12 | No |
| Duration between | 12s |  |
| 19 | 13.36.24 | No |
| Duration between | 5s |  |
| 20 | 13:36:29 | Yes |
| Duration between | 56s |  |
| 21 | 13:37:25 | No |
| Duration between | 1m23s |  |
| 22 | 13:38:48 | No |
| Duration between | 8m22s |  |
| 23 | 13:47:10 | No |
| Duration between | 15s |  |
| 24 | 13:47:25 | Yes |
| Duration between | 8s |  |
| 25 | 13:47:33 | No |
| Duration between | 2m42s |  |
| 26 | 13:50:15 | Yes |
| Duration between | 41s |  |
| 27 | 13:50:56 | No |
| Duration between | 4m9s |  |
| 28 | 13:55:05 | No |
| Duration between | 20s |  |
| 29 | 13:55:25 | Yes |
| Duration between | 6m23s |  |
| 30 | 14:01:48 | No |
| Duration between | 17s |  |
| 31 | 14:02:05 | No |
| Duration between | 1m59s |  |
| 32 | 14:04:04 | No |
| Duration between | 2s |  |

**Ex. 218 page 2 of 3**

| | | |
|---|---|---|
| **33** | 14:04:06 | Yes |
| Duration between | 11s | |
| **34** | 14:04:17 | No |
| Duration between | 23s | |
| **35** | 14:04:40 | Yes |
| Duration between | 4m8s | |
| **36** | 14:08:48 | No |
| Duration between | 10s | |
| **37** | 14:08:58 | No |
| Duration between | 12s | |
| **38** | 14:09:10 | No |
| Duration between | 2m36s | |
| **39** | 14:11:46 | No |
| Duration between | 2m44s | |
| **40** | 14:14:30 | No |

**Ex. 218 page 3 of 3**